```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
                        Motion 28-1
```

| Presiding Judge: Ralph R. Beistline | MJ Rule: |
|---|---|
| Magistrate: | MJ Stop: |

```
CASE K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
  BY DEF KETCHIKAN POLICE DEPT et al
MOT for summary judgment
```

|  | DOCUMENT | FILED | DUE |  |  |
|---|---|---|---|---|---|
| Motion | 28 - 1 | 05/25/05 |  | Pull date |  |
| Opposition | 43 - 1 | 08/01/05 | 07/26/05 | U/A date | 11/22/05 |
| Reply | 45 - 1 | 08/25/05 | 08/25/05 | Presiding Judge | [X] RRB |
| R&R |  |  | HEARING | Magistrate Judge | [ ] |
| Request O/A | 46 - 1 | 08/29/05 | 11/22/05 | Other Judge | [ ] |
| Req O/A by | PLF JACOBSON, ANDREA |  |  | TRIAL DATE | not set |
| Order/Action |  |  |  | Disc/Sanc | [ ] |
| Status | PENDING |  |  |  |  |

## RELATED MULTI-PART TRACKING ITEMS

None found

## RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD

| Document | Filed | Description |
|---|---|---|
| 29 - 1 | 05/26/05 | DEF 1-5 Notice of filing original affidavit re: DEF 1-5 motion for summary judgment (28-1) w/att affs. |
| 47 - 1 | 09/02/05 | PLF 1 Errata to opposition to DEF 1-5 motion for summary judgment (28-1) w/att exh. |
| 48 - 1 | 09/02/05 | PLF 1 Errata to aff of Andrea Jacobson re: DEF 1-5 motion for summary judgment (28-1). |
| 63 - 1 | 10/20/05 | DEF 1-5 Notice to crt of pertinent authority re: DEF 1-5 motion for summary judgment (28-1). |
| 74 - 1 | 11/21/05 | PLF 1 Notice of pertinent authority re: plf's oppo to DEF 1-5 mot for sj (28-1), plf's oppo to DEF 1-5 mot to strike plf's supp aff in support of oppo to mot for SJ (59-1) w/att exhs. |

## CASE MANAGEMENT TRACKING CARD NOTES

```
#30, oppo due 7/20/05.
#31, oppo due 7/26/05, reply due 8/18/05.
#40, mot to file over-length brief and memo in support of oppo to defs mot to
dismiss.
#39, affidavit of A. Jacobson in support of plf's oppo.
#44, reply due 8/25/05
9/2/05 - UPDATED CARD - See #47 & #48
10/20/05 - UPDATED CARD - See #63
11/2/05 updated card - See dkt 70.
11/22/05 - UPDATED CARD w/dkt 74.
```