```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
                          Motion 32-1

    Presiding Judge: Ralph R. Beistline        MJ Rule:
         Magistrate:                           MJ Stop:
```

```
CASE K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
  BY PLF JACOBSON, ANDREA
  MOT in limine to exclude & strike defs' psychological & police expert repo
              -DOCUMENT-   -FILED-    -DUE-
    Motion    32 - 1       07/20/05              Pull date
 Opposition   52 - 1       09/08/05   09/08/05   U/A date     09/19/05
      Reply   58 - 1       09/19/05   09/16/05   Presiding Judge  [X] RRB
        R&R                          -HEARING-   Magistrate Judge [ ]
 Request O/A                                     Other Judge      [ ]
  Req O/A by                                     TRIAL DATE   not set

Order/Action                                     Disc/Sanc    [ ]
      Status  PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

None found

**CASE MANAGEMENT TRACKING CARD NOTES**

#31, oppo due 8/23/05.
#38, notice of filing exhibits to plf's mot in limine.
#44, oppo due 9/8/05
NO REPLY FLD

**CHAMBERS TRACKING CARD NOTES**

None found