```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
                               Motion 33-1

         Presiding Judge: Ralph R. Beistline    MJ Rule:
                Magistrate:                     MJ Stop:
```

```
CASE K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
  BY PLF JACOBSON, ANDREA
  MOT in limine to exclude reference to pltf's flg prior claims, "threatenin
            --DOCUMENT--   --FILED--   --DUE--
     Motion    33 -  1     07/20/05               Pull date
 Opposition    51 -  1     09/08/05    09/08/05   U/A date     09/19/05
      Reply    57 -  1     09/19/05    09/16/05   Presiding Judge [X] RRB
        R&R                            --HEARING--Magistrate Judge [ ]
Request O/A                                       Other Judge     [ ]
  Req O/A by                                      TRIAL DATE     not set

Order/Action                                      Disc/Sanc      [ ]
      Status  PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

None found

**CASE MANAGEMENT TRACKING CARD NOTES**

```
#31, oppo due 8/23/05
#44, oppo due 9/8/05
NO REPLY FLD
```

**CHAMBERS TRACKING CARD NOTES**

None found