```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
                        Motion 34-1

      Presiding Judge: Ralph R. Beistline    MJ Rule:
      Magistrate:                            MJ Stop:
```

```
CASE K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
   BY PLF JACOBSON, ANDREA
   MOT conditional for order compelling discovery
                 -DOCUMENT-   -FILED-   -DUE-
        Motion    34 - 1      07/20/05
    Opposition    60 - 1      09/29/05   08/23/05      Pull date
         Reply    66 - 1      10/24/05   10/24/05      U/A date       10/24/05
           R&R                           -HEARING-     Presiding Judge [X] RRB
   Request O/A                                         Magistrate Judge [ ]
      Req O/A by                                       Other Judge      [ ]
                                                       TRIAL DATE    not set

  Order/Action                                         Disc/Sanc      [X]
        Status  PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 42 - 1 | 07/29/05 | PLF 1 Errata re: PLF 1 motion conditional for order compelling discovery (34-1). |

**CASE MANAGEMENT TRACKING CARD NOTES**

#31, oppo due 8/23/05
#41, notice of index to exhibits to plf's memo in support of motion for order compelling discovery.

UPDATED CARD 10/12/05.  #62, reply due 10/20/05
#64, oppo due 10/24/05.

**CHAMBERS TRACKING CARD NOTES**

None found