```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
                                    Motion 35-1

             Presiding Judge: Ralph R. Beistline    MJ Rule:
                   Magistrate:                      MJ Stop:
```

```
CASE K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
  BY DEF KETCHIKAN POLICE DEPT et al
  MOT in limine for ruling re admissibility of prior human rights act action
             -DOCUMENT-    -FILED-    -DUE-
    Motion    35 - 1      07/20/05                Pull date
Opposition    50 - 1      09/08/05   09/08/05     U/A date        09/15/05
     Reply    55 - 1      09/15/05   09/16/05  Presiding Judge   [X]  RRB
       R&R                           -HEARING-  Magistrate Judge  [ ]
Request O/A                                      Other Judge     [ ]
  Req O/A by                                      TRIAL DATE     not set

Order/Action                                       Disc/Sanc     [ ]
     Status  PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

None found

**CASE MANAGEMENT TRACKING CARD NOTES**

#31, oppo due 08/23/05
#44, oppo due 9/8/05

**CHAMBERS TRACKING CARD NOTES**

None found