```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
                                    Motion 36-1

          Presiding Judge: Ralph R. Beistline       MJ Rule:
                Magistrate:                         MJ Stop:
```

```
CASE K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
  BY DEF KETCHIKAN POLICE DEPT et al
  MOT in limine to preclude admission of post-promotion actions of Lance Wal
              -DOCUMENT-    -FILED-    -DUE-
     Motion    36 - 1      07/20/05               Pull date
 Opposition    49 - 1      09/08/05   09/08/05    U/A date        09/15/05
      Reply    56 - 1      09/15/05   09/16/05    Presiding Judge [X] RRB
        R&R                           -HEARING-   Magistrate Judge [ ]
Request O/A                                       Other Judge      [ ]
  Req O/A by                                      TRIAL DATE      not set

Order/Action                                      Disc/Sanc       [ ]
     Status   PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

None found

**CASE MANAGEMENT TRACKING CARD NOTES**

#31, oppo due 8/23/05.
#44, oppo due 9/8/05

**CHAMBERS TRACKING CARD NOTES**

None found