```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
                               Motion 37-1

    Presiding Judge: Ralph R. Beistline         MJ Rule:
          Magistrate:                           MJ Stop:
```

```
CASE K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
   BY DEF KETCHIKAN POLICE DEPT et al
  MOT in limine to exclude Fanienne Brooks report and testimony
                ---DOCUMENT---   ---FILED---   ---DUE---
      Motion     37 -  1         07/20/05                    Pull date
  Opposition     53 -  1         09/08/05      09/08/05      U/A date        09/15/05
       Reply     54 -  1         09/15/05      09/16/05      Presiding Judge [X] RRB
         R&R                                   --HEARING--   Magistrate Judge [ ]
 Request O/A                                                 Other Judge     [ ]
   Req O/A by                                                TRIAL DATE      not set

 Order/Action                                                Disc/Sanc       [ ]
       Status   PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

None found

**CASE MANAGEMENT TRACKING CARD NOTES**

#31, oppo due 8/23/05.
#44, oppo due 9/8/05

**CHAMBERS TRACKING CARD NOTES**

None found