**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**
**K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"**
**Motion 59-1**

Presiding Judge: Ralph R. Beistline          MJ Rule:
         Magistrate:                         MJ Stop:

---

CASE K03-0003--CV (RRB) "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"
  BY DEF KETCHIKAN POLICE DEPT et al
  MOT to strike plf's supp aff in support of opp to mot for SJ

|              | DOCUMENT | FILED    | DUE      |                   |          |
|--------------|----------|----------|----------|-------------------|----------|
| Motion       | 59 - 1   | 09/29/05 |          | Pull date         |          |
| Opposition   | 67 - 1   | 10/25/05 | 10/24/05 | U/A date          | 11/07/05 |
| Reply        | 73 - 1   | 11/07/05 | 11/09/05 | Presiding Judge   | [X] RRB  |
| R&R          |          |          | HEARING  | Magistrate Judge  | [ ]      |
| Request O/A  |          |          |          | Other Judge       | [ ]      |
| Req O/A by   |          |          |          | TRIAL DATE        | not set  |
| Order/Action |          |          |          | Disc/Sanc         | [ ]      |
| Status       | PENDING  |          |          |                   |          |

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed    | Description |
|----------|----------|-------------|
| 74 - 1   | 11/21/05 | PLF 1 Notice of pertinent authority re: plf's oppo to DEF 1-5 mot for sj (28-1), plf's oppo to DEF 1-5 mot to strike plf's supp aff in support of oppo to mot for SJ (59-1) w/att exhs. |

**CASE MANAGEMENT TRACKING CARD NOTES**

#62, oppo due 10/20.
#64, oppo due 10/24.
#72, reply due 11/9.
11/22/05 - UPDATED CARD - w/dkt 74

**CHAMBERS TRACKING CARD NOTES**

None found