```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE K03-0003--CV (RRB)
            "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 04/07/03
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 04/07/03 receipt # 00120115
         Trial by: Jury
```

```
Parties of Record:                         Counsel of Record:

PLF 1.1           JACOBSON, ANDREA           Mary L. Holen
                                             Lee Holen Law Office
                                             608 W. 4th Avenue, Suite 21
                                             Anchorage, AK 99501
                                             907-278-0298

DEF 1.1           KETCHIKAN POLICE DEPT      Cynthia L. Ducey
                                             Delaney Wiles et al
                                             1007 W. 3rd Avenue, Suite 400
                                             Anchorage, AK 99501
                                             907-279-3581
                                             FAX 907-277-1331

DEF 2.1           KETCHIKAN, CITY OF         Cynthia L. Ducey
                                             (see above)

DEF 3.1           ANSLINGER, DAN             Cynthia L. Ducey
                                             (see above)

DEF 4.1           SIREVOG, GRANT             Cynthia L. Ducey
                                             (see above)

DEF 5.1           AMYLON, KARL               Cynthia L. Ducey
                                             (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE K03-0003--CV (RRB)
          "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"

                      For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 04/07/03
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights

           Origin: (2) Removed from State Court
           Demand:
      Filing fee: Paid $150.00 on 04/07/03 receipt # 00120115
         Trial by: Jury


Document #   Filed      Docket text

    1 -  1  04/07/03   DEF 1-5 Notice of Removal of state court action 1KE-03-00041-CI w/att
                       exhs.

    2 -  1  04/10/03   JKS Minute Order subsequent to removal that w/in 10 days petitioners to
                       file copies of state court docs & svc list.  cc: cnsl

    3 -  1  04/17/03   PLF 1 Notice of compliance w/crt order dated 04/10/03 & table of
                       contents w/att exhs.

    4 -  1  05/30/03   PLF 1 Return of Service  Executed re: DEF 1-5 on 5/27/03. Original
                       summons issued before removal are attached.

    5 -  1  06/25/03   JKS Minute Order that an ans has not been fld by one or more defs
                       served; require an ans or apply for default within 20 days from the date
                       of this mo. cc: cnsl

    6 -  1  07/07/03   PLF 1 Notice of right to sue w/att exhs.

    7 -  1  07/08/03   DEF 1-5 Response to crt's order from chambers 06/25/03 w/att exh.

    7 -  2  07/08/03   DEF 1-5 unopposed motion for extension of time to 07/25/03 to answer
                       complaint w/att exh.

    7 -  3  07/10/03   JKS Order granting mot for ext of time to 07/25/03 to ans cmplt (7-2).
                       cc: cnsl

    8 -  1  07/25/03   DEF 1-5 Answer to Complaint.

    9 -  1  07/28/03   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 28 days from svc of this ord. cc: cnsl

   10 -  1  08/05/03   PLF 1 Unopposed motion for extension of time 09/02/03 to file status
                       report.

   10 -  2  08/06/03   JKS Order granting unopposed mot for ext of time 09/02/03 to file stat
                       rpt (10-1). cc: cnsl
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE K03-0003--CV (RRB)
                   "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"

                                For all filing dates


Document #    Filed       Docket text

   11 -   1   09/04/03    PLF 1; DEF 1-5 Scheduling & Planning Report.

   12 -   1   09/09/03    JKS S&P Order setting PT ddlns: Original disc 09/15/04; Dispo mots ddln
                          10/15/04; Estimate of trial 14 days; TBJ. cc: cnsl

   13 -   1   07/22/04    PLF 1; DEF 1-5 Stipulation extending deadlines for close of discovery to
                          11/01/04 and dispositive motions deadline to 12/01/04.

   13 -   2   07/26/04    JKS Order granting stip ext ddlns for close of disc to 11/01/04 and
                          (13-1) & setting the following dates: Disc to close 11/01/04; Disp mots
                          ddln 12/01/04. cc: cnsl

   14 -   1   08/24/04    Stipulation re: confidential documents.

   14 -   2   08/25/04    JKS Order approving stip re: confidential documents (14-1). cc: cnsl

   15 -   1   10/01/04    PLF 1; DEF 1-5 Stipulation for ext of time to 10/7 to file witness
                          lists.

   15 -   2   10/06/04    JKS Order granting stipulation for ext of time to 10/7 to file witness
                          lists (15-1). cc: cnsl

   16 -   1   10/06/04    DEF 1-5 Final Witness List.

   17 -   1   10/07/04    PLF 1; DEF 1-5 Stipulation extending deadlines; close of discovery
                          extended to 12/23/04; disp mots/mots in limine and discovery mots due
                          2/1/05.

   18 -   1   10/07/04    PLF 1 Witness List.

   17 -   2   10/21/04    JWS Order approving stip extending ddlns (17-1): disc to close 12/23/04;
                          dispositive mots ddln 02/01/05. cc: cnsl

   19 -   1   12/16/04    PLF 1; DEF 1-5 faxed cy of Stipulation ext time to answer dscvy
                          requests.

   19 -   2   12/20/04    JKS Order granting stipulation for ext time to 1/7/05 for defs to
                          responsd to pltf's dscvy requests (19-1). cc: cnsl

   20 -   1   01/18/05    PLF 1; DEF 1-5 Stipulation extending deadlines.

   21 -   1   01/19/05    PLF 1; DEF 1-5 amended stipulation extending deadlines. (20-1)

   22 -   1   01/21/05    JKS Order granting stipulation extending deadlines. (20-1) & setting the
                          following dates: Discovery to close 04/30/05; Dispositive motions
                          deadline 04/30/05. cc: cnsl

   23 -   1   02/07/05    PLF 1 Rebuttal Expert Witness List.

   24 -   1   04/27/05    PLF 1; DEF 1-5 Stipulation ext ddlns for dspstv mots, dscvy mots & mots
                          in limine.

   24 -   2   04/29/05    JKS Order granting stipulation ext ddlns for dspstv mots, dscvy mots &
                          mots in limine (24-1) & setting the following dates: Dispositive motions
                          deadline 05/23/05. cc: cnsl
```

Case 5:03-cv-00003-RRB    Document 75    Filed 04/07/2003    Page 4 of 7
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE K03-0003--CV (RRB)
"ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 25 | - 1 | 05/24/05 | DEF 1-5 motion to file over-length brief w/att mot for SJ. |
| 26 | - 1 | 05/24/05 | DEF 1-5 motion for one day ext of time to file dispositive motions. |
| 26 | - 2 | 05/25/05 | JKS Order granting motion for one day ext of time to file dispositive motions (26-1). cc: cnsl |
| 27 | - 1 | 05/25/05 | JKS Order granting motion to file over-length brief (25-1). cc: cnsl |
| 28 | - 1 | 05/25/05 | DEF 1-5 motion for summary judgment w/att memo & exhs. |
| 29 | - 1 | 05/26/05 | DEF 1-5 Notice of filing original affidavit re: DEF 1-5 motion for summary judgment (28-1) w/att affs. |
| 30 | - 1 | 06/09/05 | PLF 1; DEF 1-5 Stipulation for ext of time to 7/20/05 to file oppo to mot for SJ & for parties to file all dscvy & in limine motions. |
| 30 | - 2 | 06/13/05 | RRB Order approving stip for ext of time to 7/20/05 to file oppo to mot for SJ & all disc & in limine mots (30-1). cc: cnsl |
| 31 | - 1 | 07/19/05 | PLF 1; DEF 1-5 Stipulation for extensions of time: that oppo to defs' mot for SJ be due 7/26/05; with reply due 8/18/05; and all other mots due 7/20/05; with oppos due 8/23/05. |
| 32 | - 1 | 07/20/05 | PLF 1 motion in limine to exclude & strike defs' psychological & police expert reports & witnesses w/att memo. |
| 33 | - 1 | 07/20/05 | PLF 1 motion in limine to exclude reference to pltf's flg prior claims, "threatening" to file claims, claims not pursued, mention of l;awyers, and referencing pltf's "women's liberation theories" w/att memo. |
| 34 | - 1 | 07/20/05 | PLF 1 motion conditional for order compelling discovery w/att memo & exhs. |
| 35 | - 1 | 07/20/05 | DEF 1-5 motion in limine for ruling re admissibility of prior human rights act actions w/att memo & exhs. |
| 36 | - 1 | 07/20/05 | DEF 1-5 motion in limine to preclude admission of post-promotion actions of Lance Waldren. |
| 37 | - 1 | 07/20/05 | DEF 1-5 motion in limine to exclude Fanienne Brooks report and testimony w/att memo & exhs. |
| 31 | - 2 | 07/26/05 | JKS Order granting stipulation for extensions of time: oppo to defs' mot for SJ due 7/26/05; reply to plf's oppo to sj due 8/18/05. All other motions due 7/20/05, oppos to those mots due 8/23/05 (31-1). cc: cnsl |
| 38 | - 1 | 07/28/05 | PLF 1 Notice of filing exhibits to plf's motion in limine to exclude and strike defs' psychological and police expert reports and witnesses w/att exhs. |
| 39 | - 1 | 07/28/05 | PLF 1 Affidavit of Andrea Jacobson in support of oppo to def's motion for sj. |
| 40 | - 1 | 07/28/05 | PLF 1 motion to file over-length Brief in opposition to defendants motion for summary judgment w/att opposition. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE K03-0003--CV (RRB)
                    "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"

                                  For all filing dates


Document #    Filed      Docket text

   41 -   1   07/28/05   PLF 1 Notice of filing index to exhibits to plf's memo in support of
                         conditinal motion for order compelling discovery.

   41A-   1   07/28/05   PLF 1 motion to accept plaintiff;'s opposition to defendants motion for
                         summary judgment two days late w/att memo & oppo

   42 -   1   07/29/05   PLF 1 Errata re: PLF 1 motion conditional for order compelling discovery
                         (34-1).

   40 -   2   08/01/05   JKS Order granting motion to file over-length Brief in opposition to
                         defendants motion for summary judgment (40-1).

   41A-   2   08/01/05   JKS Order granting motion to accept plaintiff's opposition to defendants
                         motion for summary judgment (41A-1).  cc: cnsl

   43 -   1   08/01/05   PLF 1 opposition to DEF 1-5 motion for summary judgment (28-1) w/att
                         exhs.

   44 -   1   08/18/05   PLF 1; DEF 1-5 Stipulation extending deadlines.

   44 -   2   08/22/05   JKS Order granting stipulation extending deadlines (44-1); def's reply
                         to mot for SJ due 8/25/05; oppo to mots in limine due 9/8/05. cc: cnsl

   45 -   1   08/25/05   DEF 1-5 reply to opposition to DEF 1-5 motion for summary judgment
                         (28-1) w/att exhs.

   46 -   1   08/29/05   PLF 1 Request for Oral Argument re: DEF 1-5 motion for summary judgment
                         (28-1).

   47 -   1   09/02/05   PLF 1 Errata to opposition to DEF 1-5 motion for summary judgment (28-1)
                         w/att exh.

   48 -   1   09/02/05   PLF 1 Errata to aff of Andrea Jacobson re: DEF 1-5 motion for summary
                         judgment (28-1).

   49 -   1   09/08/05   PLF 1 opposition to DEF 1-5 motion in limine to preclude admission of
                         post-promotion actions of Lance Waldren (36-1).

   50 -   1   09/08/05   PLF 1 opposition to DEF 1-5 motion in limine for ruling re admissibility
                         of prior human rights act actions (35-1).

   51 -   1   09/08/05   DEF 1-5 opposition to PLF 1 motion in limine to exclude reference to
                         pltf's flg prior claims, "threatening" to file claims, claims not
                         pursued, mention of l;awyers, and referencing pltf's "women's liberation
                         theories" (33-1) w/att exhs.

   52 -   1   09/08/05   DEF 1-5 opposition to PLF 1 motion in limine to exclude & strike defs'
                         psychological & police expert reports & witnesses (32-1) w/att exhs.

   53 -   1   09/08/05   PLF 1 opposition to DEF 1-5 motion in limine to exclude Fanienne Brooks
                         report and testimony (37-1). w/att exhs.

   54 -   1   09/15/05   DEF 1-5 reply to opposition to DEF 1-5 motion in limine to exclude
                         Fanienne Brooks report and testimony (37-1).

   55 -   1   09/15/05   DEF 1-5 reply to opposition to DEF 1-5 motion in limine for ruling re
                         admissibility of prior human rights act actions (35-1).
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE K03-0003--CV (RRB)
                       "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 56 - 1 | 09/15/05 | DEF 1-5 reply to opposition to DEF 1-5 motion in limine to preclude admission of post-promotion actions of Lance Waldren (36-1). |
| 57 - 1 | 09/19/05 | PLF 1 reply to opposition to PLF 1 motion in limine to exclude reference to pltf's flg prior claims, "threatening" to file claims, claims not pursued, mention of lawyers, and referencing pltf's "women's liberation theories" (33-1). |
| 58 - 1 | 09/19/05 | PLF 1 reply to opposition to PLF 1 motion in limine to exclude & strike defs' psychological & police expert reports & witnesses (32-1). |
| 59 - 1 | 09/29/05 | DEF 1-5 motion to strike plf's supp aff in support of opp to mot for SJ w/att exhs. |
| 60 - 1 | 09/29/05 | DEF 1-5 opposition to PLF 1 motion conditional for order compelling discovery (34-1) w/att exhs. |
| 61 - 1 | 09/30/05 | JKS Minute Order that judge Singleton recused himself; this case is reassigned to Judge Beistline for all further proceedings. Use case number K03-0003 CV (RRB) on all future filings. cc: cnsl, Judge Beistline |
| 62 - 1 | 10/11/05 | PLF 1 Unopposed motion for extension of time until 10/20/05 to file reply to defs' oppo to motion for order compelling discovery and plf's oppo to defs' mot to strike plf's supp aff. |
| 62 - 2 | 10/12/05 | Order granting unopposed motion for extension of time until 10/20/05 to file reply to defs' oppo to conditional mot for order compelling discovery and plf's oppo to defs' mot to strike plf's supp aff (62-1). cc: cnsl |
| 63 - 1 | 10/20/05 | DEF 1-5 Notice to crt of pertinent authority re: DEF 1-5 motion for summary judgment (28-1). |
| 64 - 1 | 10/20/05 | PLF 1 Unopposed motion for ext of time to 10/24 to file reply to cond mot for order compelling dscvy & oppo to def's mot to strike plf's supp aff. |
| 64 - 2 | 10/24/05 | RRB Order granting unopposed motion for ext of time to 10/24 to file reply to conditional mot for order compelling discovery and oppo to def's mot to strike (64-1). cc: cnsl |
| 65 - 1 | 10/24/05 | PLF 1 motion to file over-length opposiiton to defendants' motion to strike. |
| 66 - 1 | 10/24/05 | PLF 1 reply to opposition to PLF 1 motion conditional for order compelling discovery (34-1). |
| 66 - 2 | 10/25/05 | RRB Order granting motion to file over-length opposition to defendants' motion to strike (65-1). cc: cnsl |
| 67 - 1 | 10/25/05 | DEF 1-5 opposition to DEF 1-5 motion to strike plf's supp aff in support of opp to mot for SJ (59-1). |
| 68 - 1 | 10/26/05 | RRB Minute Order scheduling oral argument. O/A on defendant's mot for sj at dkt 28 is set for 11/18/05 at 8:30 a.m. in Courtroom #2. cc: cnsl |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE K03-0003--CV (RRB)
                         "ANDREA JACOBSON V KETCHIKAN POLICE DEPT ET AL"

                                        For all filing dates


Document #    Filed      Docket text

    69 -  1   10/31/05   PLF 1 motion for leave to file response to defendants' notice to court
                         of pertinent authority regarding defendants' motion for summary judgment
                         w/att response.

    69 -  2   11/02/05   RRB Order granting motion for leave to file response to defendants'
                         notice to court of pertinent authority re defs' mot for sj (69-1). cc:
                         cnsl

    70 -  1   11/02/05   PLF 1 Response to defendants' notice of pertinent authority re defs' mot
                         for sj.

    72 -  1   11/03/05   DEF 1-5 Unopposed motion for extension of time until 11/9/05 to file
                         defendants reply to the motion to strike supplemental aff of Jacobson.

    71 -  1   11/04/05   RRB Minute Order rescheduling oral argument. Oral argument set for
                         11/18/05 is rescheduled and will be held 11/22/05 at 2:30 p.m. in
                         Courtroom #2, Anchorage, Ak.  cc: cnsl

    72 -  2   11/04/05   RRB Order granting unopposed motion for extension of time until 11/9/05
                         to file defendants reply to motion to strike aff of Jacobson (72-1).
                         cc: cnsl

    73 -  1   11/07/05   DEF 1-5 reply to opposition to DEF 1-5 motion to strike plf's supp aff
                         in support of opp to mot for SJ (59-1).

    74 -  1   11/21/05   PLF 1 Notice of pertinent authority re: plf's oppo to DEF 1-5 mot for sj
                         (28-1), plf's oppo to DEF 1-5 mot to strike plf's supp aff in support of
                         oppo to mot for SJ (59-1) w/att exhs.

    75 -  1   11/23/05   RRB Court Minutes [ECR: Robin Carter] Re: O/A on def's mot for SJ (dkt
                         28) (held 11/22/05); matter taken under advisement; written ruling to
                         issue. cc: cnsl
```