IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA JACOBSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KETCHIKAN POLICE DEPARTMENT; CITY OF KETCHIKAN, and Individually DAN ANSLINGER, Individually and as Police Chief; GRANT SIREVOG, individually and as Deputy and current Police Chief; KARL AMYLON, Individually and as Ketchikan City Manager,<br><br>　　　　Defendants. | Case No. K03-0003 CV (RRB)<br><br>**ORDER DENYING MOTION TO COMPEL** |

　　　　Before the Court is Plaintiff Andrea Jacobson ("Plaintiff") with a Conditional Motion for Order Compelling Discovery (Docket No. 34). Plaintiff contends Defendants Ketchikan Police Department, <u>et al.</u>, ("Defendants") have not fully responded to five of her requests for production and have not provided adequate reasons for failing to do the same. Defendants oppose at Docket No. 60 and argue, primarily, that "[a]ll of the materials that are responsive to Plaintiff's request[s] have either been

produced or are available for review at the [Ketchikan Police Department's] attorney's office." Clerk's Docket No. 60 at 3.

Based upon the aforesaid, and because the Court concludes Plaintiff's Request for Production No. 31 is not "reasonably calculated to lead to discoverable information <u>and</u> disclosure of the information would [likely] violate the privacy rights of the officers, as well as violate the psychotherapist privilege, <u>see</u> Fed. R. Evid. 501," Clerk's Docket No. 60 at 6 (footnote omitted)(emphasis added), Plaintiff's Conditional Motion for Order Compelling Discovery (Docket No. 34) is hereby **DENIED**.

ENTERED this 5th day of January, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE