# TIMELINE REGARDING PROTECTED ACTIVITY AND RETALIATION

1/25/01   Waldren promotion

1/26/01   Grievance filed on Waldren promotion, references gender bias - Defendant's Appendix 3 - ***protected activity***

2/01   Removal from Interagency Task Force - Plaintiff's Affidavit ¶78 - ***retaliation***

3/19/01   ASCHR filing re Waldren promotion - Defendant's Exhibit M at 3 - ***protected activity***

4/11/01   City Manager angry about Jacobson's ASCHR complaint - Plaintiff's Affidavit ¶93 - ***retaliation***

5/4/01   Unjustified reprimand - Defendant's Exhibit AN - ***retaliation***

6/01-9/01   Bengaard promotion delayed for improper reasons - Plaintiff's Affidavit ¶65 - ***retaliation***

12/24/01   ASCHR claim regarding Bengaard promotion - Defendant's Exhibit M at 5 - ***protected activity***

1/25/02   Denial of Bruening promotion (1 month after Bengaard ASCHR complaint) - Plaintiff's Affidavit ¶¶73-75 - ***retaliation***

1/27/02   Grievance filed on Bruening promotion specifically alleging gender bias and retaliation - Defendant's Appendix 3 - ***protected activity***

2/14/02   Chief Sirevog's attempt to lower Jacobson's supervisory score on evaluation - Plaintiff's Affidavit ¶90 - ***retaliation***

3/22/02   Denial of Dossett promotion - Plaintiff's Affidavit ¶71 - ***retaliation***

3/28/02   Grievance filed on Dossett promotion alleging gender bias and retaliation - Defendant's Appendix 3 - ***protected activity***

4/26/02   Denied Alguire promotion - Plaintiff's Affidavit ¶72 - ***retaliation***

5/8/02   Grievance filed on Alguire promotion alleging gender bias and retaliation - Defendant's Appendix 3 - ***protected activity***

6/14/02   Denial of Alguire grievance received - Plaintiff's Affidavit ¶¶77-82

6/15/02   Resignation

8/5/02   Final ASCHR complaint regarding missed promotions and resignation due to intolerable conditions - Defendant's Exhibit M at 7