UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


ANDREA JACOBSON   v.   KETCHIKAN POLICE DEPARTMENT

DATE:   January 26, 2006      CASE NO.   5:03-CV-0003-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REGARDING RECONSIDERATION**

---

The Court is in receipt of Plaintiff's Motion for Reconsideration (Docket 78). Pursuant to D. Ak. LR 59.1(d), Defendants have until the close of business on **February 10, 2006,** in which to file a response to Plaintiff's motion, after which the Court will take the matter under advisement.

ORDER REGARDING RECONSIDERATION