Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
(907) 279-3581
Attorneys for defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT KETCHIKAN

| | |
|---|---|
| ANDREA JACOBSON,<br><br>  Plaintiff,<br><br> v.<br><br>KETCHIKAN POLICE DEPARTMENT,<br>CITY OF KETCHIKAN, and<br>Individually, Defendants DAN<br>ANSLINGER, Individually and as<br>Police Chief; GRANT SIREVOG,<br>individually and as Deputy and<br>current Police Chief; KARL AMYLON,<br>defendant, Individually and as<br>KETCHIKAN CITY MANAGER,<br><br>  Defendants. | Case No. K0 3-0003-CV (JKS) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through their counsel of record, and pursuant to Civil Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, with each side to bear its own costs and fees.

ELANEY, WILES,
IAYES, GERETY,
IS & YOUNG, INC.
SUITE 400
07 WEST 3RD AVENUE
CHORAGE, ALASKA
(907) 279-3581

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendants

Date: January 24, 2004

*Cynthia L. Ducey*
Cynthia L. Ducey  ABA No. 8310161

LEE HOLEN
Attorney for Plaintiff

Date: Jan 30, 2004

*Lee H.*
Lee Holen  ABA No. 7810071

112756

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Stipulation For Dismissal with Prejudice
*Andrea Jacobson v. Ketchikan Police Department, et al.*
Case No. K03-0003-CV (JKS)