IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA JACOBSON,<br><br>      Plaintiff,<br><br>v.<br><br>KETCHIKAN POLICE DEPARTMENT,<br>CITY OF KETCHIKAN, and<br>Individually, Defendants DAN<br>ANSLINGER, Individually and as<br>Police Chief; GRANT SIREVOG,<br>individually and as Deputy and<br>current Police Chief; KARL AMYLON,<br>defendant, Individually and as<br>KETCHIKAN CITY MANAGER,<br><br>      Defendants. | **PROPOSED ORDER FOR**<br>**DISMISSAL WITH PREJUDICE**<br><br><br><br><br>Case No. K03-0003-CV (RRB) |

This matter having come before the court on the parties' stipulation to dismiss this action with prejudice and the court being advised in the premises

IT IS SO ORDERED that this case is hereby dismissed with prejudice.

DATED this _____ day of _____, 2006, in Anchorage, Alaska.

 

_____
Judge Ralph R. Beistline
United States District Court

112757